William E. Bloodgood and William R. Walker, as Surviving Executors and Trustees under the Will of Thomas Lewis, Deceased, Respondents, v.

Fannie D. Lewis, Individually and as Administratrix, etc., of Thomas Lewis, Deceased, and Others, Respondents, Impleaded with Kings County Trust Company, as Executor and Trustee under the Will of Mary E. Lewis, Deceased, Appellant, and Others.— Judgment affirmed, with costs, on the authority of *Bloodgood* v. *Lewis* (146 App. Div. 86).

The People of the State of New York, Respondent, v. Morris James, Appellant.— Judgment affirmed. · No opinion.